UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 13-12989-FDS |
| ) | |
| LUIS SPENCER, Commissioner, ) | |
| ALLISON HALLETT, Superintendent, ) | |
| and CORNELIA DeLEON, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**SAYLOR, J.**

On March 10, 2014, this Court issued a Memorandum and Order directing plaintiff Richard Clark to show cause, within 45 days, why his complaint against Luis Spencer, Allison Hallett, and Cornelia DeLeon should not be dismissed for failure to state a claim upon which relief can be granted. On March 20, 2014, plaintiff filed a response to the order and an amended complaint. Plaintiff's response fails to add sufficient facts to state a claim for relief. Furthermore, plaintiff did not obtain leave to file an amended complaint, and the facts stated therein are only tangentially related to the original complaint and insufficient in any event to state a claim upon which relief can be granted.

Accordingly, it is hereby ordered that the above-captioned matter is DISMISSED.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: March 25, 2014                United States District Judge